UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARVIN LOWE | Case No. 420-cr-43 |

### ORDER

Upon consideration of the Government's motion for an order requiring the Defendant to provide reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1) (doc. 21), and the entire record herein, it is hereby **ORDERED** that the Government's motion is **GRANTED.**

Defendant MARVIN LOWE is **ORDERED** to provide reciprocal discovery, if any, to the Government no later than August 25, 2020.

This the 12th day of August, 2020.

Christopher L. Ray
United States Magistrate Judge