# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR420-043 |
| | ) | |
| MARVIN LOWE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Marvin Lowe has moved for release from pretrial detention on conditions. *See* doc. 79 at 10. He seeks release because "the [G]overnment[']s repeated failure to provide . . . discovery" delayed the disposition of his Motion to Suppress evidence. *Id.* A hearing on Lowe's Superseding Motion to Suppress is currently scheduled for August 23, 2021. *See* doc. 76. In order to avoid any further delay, the Court will consider Lowe's Motion for Release at that hearing. Accordingly, the Government is **DIRECTED** to respond to that motion no later than 12:00 p.m. Friday, August 20, 2021.

**SO ORDERED**, this 17thday of August, 2021.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia